■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FORTUNATO AURIGEMMA, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without prejudice to an application to a judge of the Court of Appeals or to a justice of this court for certification that a question of law is involved which ought to be reviewed by the Court of Appeals, pursuant to subdivision 1 of section 520 of the Code of Criminal Procedure. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Kleinfeld, JJ. [See *ante,* p. 789.]

■ TOWN & COUNTRY HOUSE & HOME SERVICE, INC., Appellant, v. PERCY C. NEWBERY et al., Respondents, et al., Defendants.— Motion for reargument denied, without costs. Motion granted to the extent of staying execution upon the money judgment and further proceedings as to the nature and extent of injunctive relief, and as to an accounting and damages, provided respondents, within ten days after the entry of the order hereon, take an appeal to the Court of Appeals and furnish an undertaking for $5,000, with corporate surety, to secure the payment of the money judgment, any and all damages which may be sustained by appellant by reason of the granting of this stay, and the costs and damages which may be awarded against them on the appeal to the Court of Appeals if the judgment be affirmed or the appeal be dismissed. In all other respects, motion denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ. [See *ante,* p. 702; *post,* p. 846.]